UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALFREDO V. VACA,

                Plaintiff,

      v.

MATTHEW WARREN, INC., et al.,

                Defendants.

Case No. 8:25-cv-01140-SRM-JC

**ORDER TO SHOW CASE RE: STAY CASE PENDING MEDIATION [21]**

The Court is in receipt of the parties' Joint Stipulation and Request to Modify the Schedule and Continue Trial and Pretrial Deadlines. Dkt. 21. The parties assert that they have agreed to participate in private mediation to resolve the matter without further expenditure of judicial or party resources. *See id.* at 3. The parties have informed the Court that they will participate in private mediation on or before September 30, 2026. *See id.* at 4. The request modification solely to pursue mediation. *See id.* at 4.

///

///

///

-1-

To preserve judicial resources, the Court recommends the parties to consider a stay until October 2, 2026, or a date agreeable by the parties. During the stay, the Court will require joint status reports so the parties may inform the Court of their status in resolving the matter. Accordingly, the Court **ORDERS** the parties **TO SHOW CAUSE**, in writing, explaining why this case should not be stayed until October 2, 2026. The parties must file a joint statement **on or before June 12, 2026**.

**IT IS SO ORDERED.**

Dated: June 10, 2026

_____
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

-2-